IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04-CR-295-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL MCRAE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* "Motion For Release Date" (Document No. 185) filed November 21, 2017. The undersigned notes that Defendant is represented by appointed counsel, Brandon Rice Roseman. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the *pro se* "Motion For Release Date" (Document No. 185) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Brandon Rice Roseman.

**SO ORDERED**.

Signed: November 27, 2017

David C. Keesler
United States Magistrate Judge